**STATE of Missouri, Plaintiff/Respondent,**

v.

**Greg PERNELL, Defendant/Appellant.**

No. 70493.

Missouri Court of Appeals,
Eastern District,
Division One.

May 6, 1997.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Susan D. Boresi, Assistant Attorney General, St. Louis, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after his conviction by a jury of one count of sodomy, § 566.060, RSMo Supp.1992. The court sentenced him in accordance with the jury's assessment to a prison term of twenty-five years. We affirm. We have reviewed the record and find the

claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).